■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [823 NYS2d 116]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about September 8, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Marlow, Gonzalez, Sweeny and Catterson, JJ.